AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-16875-MCA-LDW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>NEW JERSEY DEPARTMENT OF CORRECTIONS</u> was received by me on *(date)* <u>Aug 23, 2019, 9:00 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Karin Burke</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>NEW JERSEY DEPARTMENT OF CORRECTIONS</u> on *(date)* <u>Tue, Aug 27 2019</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 8/28/2019

*Server's signature*

Sharon McCabe-Villa

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 27, 2019, 10:55 am EDT at 1300 Stuyvesant Ave, Trenton, NJ 08618 received by Karin Burke. Age: 58; Ethnicity: Caucasian; Gender: Female; Weight: 175; Eyes: Wearing glasses Hair: Blonde/Gray; Relationship: Authorized Agent