Civil Action No. 2:19-CV-16875-MCA-LDW

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Northern State Prison was received by me on *(date)* Aug 23, 2019, 9:00 am.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Mario Viera , who is designated by law to accept service of process on behalf of *(name of organization)* Northern State Prison on *(date)* Thu, Sep 05 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/5/2019

*Server's signature*: *Linda Wilczynski* (signed)

Linda Wilczynski

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 5, 2019, 10:23 am EDT at 168 Frontage Rd, Newark, NJ 07114 received by Mario Viera. Age: 38; Ethnicity: Hispanic; Gender: Male; Weight: 145; Height: 5'5"; Hair: Black; Eyes: Other; Relationship: Executive Assistant;