AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-CV-16875-MCA-LDW

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Administrator George Robinson was received by me on *(date)* Sep 11, 2019, 10:30 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Debby Maloney, who is designated by law to accept service of process on behalf of *(name of organization)* Administrator George Robinson on *(date)* Thu, Sep 12 2019; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 9/12/2019

*Server's signature*

Elvin Negron

*Printed name and title*

PO Box 131, Lakewood, NJ 08701

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 12, 2019, 10:39 am EDT at 1491 Rahway Ave, Avenel, NJ 07001 received by Debby Maloney. Age: 57; Ethnicity: Caucasian; Gender: Female; Weight: 160; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Executive Assistant ;