

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | **State of New Jersey**<br>OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

September 19, 2019

Hon. Leda D. Wettre, U.S.M.J.
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

Re: Edwin Polynice v. New Jersey Dep't of Corrections, et al.
    Civ. Dkt. # 2:19-cv-16875-MCA-LDW

Dear Judge Wettre,

  The undersigned counsel represents Defendants New Jersey Department of Corrections, Northern State Prison, and administrator George Robinson (hereinafter, "Represented Defendants") in the above-captioned case.

  The time to answer, move, or otherwise reply for the represented Defendant New Jersey Department of Corrections expired on 9/13/2019. However, the time to answer, move, or otherwise reply for represented defendants Northern State Prison and administrator George Robinson expires on 9/26/2019 and 10/3/2019 respectively.

  Represented Defendants New Jersey Department of Corrections and Northern State Prison respectfully request that the Court extend their time to answer, move, or otherwise reply until 10/3/2019. This extension will allow the Represented Defendants to submit a complete response to Plaintiff's allegations. Plaintiff will not be prejudiced by this extension as the matter is in its infancy.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-8687 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

September 19, 2019
Page 2

Represented Defendants thank the Court for its attention in this matter.

Sincerely yours,

CHRISTOPHER S. PORRINO
ATTORNEY GENERAL OF NEW JERSEY

Dated: September 19, 2019
By: s/Chanell Branch
Chanell Branch
Deputy Attorney General

cc:
Joseph D. Lento, Esq.
Optimum Law Group
300 Atrium Way, Suite 200
Mt. Laurel, NJ 08054

**So Ordered**
this 20th day of Sept. 2019

Leda D. Wettre, USMJ