**GURBIR S. GREWAL**
**ATTORNEY GENERAL OF NEW JERSEY**
R.J. Hughes Justice Complex
P.O. Box 112
25 Market Street
Trenton, New Jersey 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Northern State Prison, and Administrator George Robinson*

By: Chanell Branch
Deputy Attorney General
(609) 376 – 3376
Chanell.Branch@law.njoag.gov

| | |
|---|---|
| EDWIN POLYNICE,<br><br>  Plaintiff,<br><br>  v.<br><br>NJ DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Civil Action<br>No. 2:19-cv-16875-MCA-LDW<br><br><br>**NOTICE OF APPEARANCE** |

TO:   CLERK OF COURT

Kindly enter my appearance as counsel on behalf of Defendants in the above-captioned matter.

          GURBIR S. GREWAL
          ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Chanell Branch
      Chanell Branch
      Deputy Attorney General

Dated: October 2, 2019