GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Northern State Prison, Administrator George Robinson*

By:  Chanell Branch
     Deputy Attorney General
     (609) 376-3376
     Chanell.Branch@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| EDWIN POLYNICE, | Civil Action No.19-16875-MCA-LDW |
| Plaintiff, | |
| v. | **CERTIFICATION OF COUNSEL** |
| NJ DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

I, Chanell Branch, of full age hereby certify:

1.   I am a Deputy Attorney General employed by the State of New Jersey, Department of Law and Public Safety, which provides legal representation to the State of New Jersey and its entities and employees.

2. I am assigned to the State Police, Employment, and Corrections Section of the Division of Law, which provides legal representation to the Department of Corrections and its employees.

3. I represent Defendants in the above-captioned matter. As such, I am familiar with the facts set forth herein.

4. I make this Certification in support of Defendants' Motion to Dismiss Plaintiff's Complaint in this matter.

5. Plaintiff, Edwin Polynice, is an inmate currently incarcerated at Northern State Prison. On or about August 19, 2019, Plaintiff initiated this action by filing a Complaint with the United States District Court, Vicinage of Newark. Plaintiff's Complaint is attached as **Exhibit A to the supporting brief.**

6. Defendant now seeks the dismissal of Plaintiff's Complaint for failure to state a claim upon which relief can be granted, as explained by the reasoning set forth in Defendants' supporting brief.

I hereby certify that the foregoing statements are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                               GURBIR S. GREWAL
                                               ATTORNEY GENERAL OF NEW JERSEY

DATED: October 2, 2019         By: /s/ Chanell Branch
                                                   Chanell Branch
                                                   Deputy Attorney General