GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON, AND ADMINISTRATOR GEORGE ROBINSON*

By: Chanell Branch
    Deputy Attorney General
    (609) 376-3367
    Chanell.Branch@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| EDWIN POLYNICE, | Civil Action No.19-16875-MCA-LDW |
| Plaintiff, | **NOTICE OF MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED PURSUANT TO FED. R. CIV. P. 12(b)(6)** |
| v. | |
| NJ DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

TO: Clerk of the Court

PLEASE TAKE NOTICE that on November 4, 2019, or at another date designated by the Court, the undersigned Gurbir S. Grewal, Attorney General of New Jersey, by Chanell Branch, Deputy Attorney General, as attorney for Defendants New Jersey Department of Corrections, Northern State Prison, and Administrator George Robinson will move before the Honorable Madeline Cox Arleo, U.S.D.J., in the United States Court House in Newark, New Jersey,

for an Order granting their motion to dismiss the Plaintiff's complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).

The Defendants will rely on the brief attached hereto.

In accordance with Fed. R. Civ. P. 78(b) and L.Civ.R. 78.1(b), the Defendants respectfully request that the Court rule upon this motion on the papers.

>                    GURBIR S. GREWAL
>                    ATTORNEY GENERAL OF NEW JERSEY
>
>               By:  s/Chanell Branch
>                    Chanell Branch
>                    Deputy Attorney General

Dated:  October 2, 2019