```
GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
```
*Attorney for Defendants New Jersey Department of Corrections, Northern State Prison, and Administrator George Robinson*

```
By:  Chanell Branch
     Deputy Attorney General
     (609) 376-3367
     nicholas.sullivan@law.njoag.gov
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

|  |  |
|---|---|
| EDWIN POLYNICE,<br><br>            Plaintiff,<br>       v.<br><br>NJ DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>            Defendants. | :<br>: Civil Action No.19-16875-MCA-LDW<br>:<br>:<br>:<br>: **ORDER**<br>:<br>:<br>:<br>: |

THIS MATTER having come before the Court on motion of Gurbir S. Grewal, Attorney General of New Jersey, by Chanell Branch, Deputy Attorney General, on behalf of Defendants New Jersey Department of Corrections, Northern State Prison, and Administrator George Robinson pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers submitted herein, this

matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this \_\_\_\_ day of _____, 2019;

ORDERED that the Defendant's motion to dismiss Plaintiff's complaint is hereby GRANTED.

_____
HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE