GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendants New Jersey Department of Corrections, Northern State Prison, Administrator George Robinson*

By:  Chanell Branch
     Deputy Attorney General
     (609) 376-3376
     Chanell.Branch@law.njoag.gov

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                    NEWARK VICINAGE
```

|  |  |
|---|---|
| EDWIN POLYNICE,<br><br>         Plaintiff,<br>     v.<br><br>NJ DEPARTMENT OF CORRECTIONS, et al.,<br><br>         Defendants. | :<br>: Civil Action No.19-16875-MCA-LDW<br>:<br>:<br>: **CERTIFICATION OF SERVICE**<br>:<br>:<br>: |

I hereby certify that the notice of the Defendant's motion to dismiss complaint, brief in support of the motion, proposed order, and certification of service were electronically filed with the Clerk of the United States District Court and served upon plaintiff's counsels, Joseph D. Lento, Esq. and Lisa J. Pietras, Esq., via ECF Electronic Filing.

```
                              GURBIR S. GREWAL
                              ATTORNEY GENERAL OF NEW JERSEY

                         By:  s/ Chanell Branch
                              Chanell Branch
                              Deputy Attorney General
```

DATED: October 2, 2019