

**Optimum Law Group, P.C.**
3000 Atrium Way, Suite 200
Mount Laurel, NJ 08054
(856) 652-2000(T)
(856) 375-1010 (F)
Joseph D. Lento, Esquire
Member of the NJ, NY and PA Bar
jdlento@optimumlawgroup.com

October 21, 2019

The Honorable Madeline Cox Arleo
Martin Luther King Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Polynice v NJ Dept. of Corrections
Docket No.: 2:19-cv-16875

Dear Judge Arleo:

    Please be advised of this office's representation of the Plaintiff Edwin Polynice in the above referenced matter.  There is a Motion to Dismiss scheduled to be heard on November 4, 2019, which would make our response due today, October 21, 2019.

    Our office has contacted Chanel Branch, Esquire of the New Jersey Office of the Attorney General and requested she consent to a two-week adjournment of this Motion, to which she has agreed.  That would make the Motion to Dismiss heard on November 18, 2019 and our response due by November 4, 2019.

    Thank you for your kind consideration in this matter.  Please feel free to contact me if you have any questions.

Respectfully Submitted,

*Joseph D. Lento*

Joseph D. Lento, Esquire

JDL/lj
Enclosure

cc:  Chanel Branch, Esquire via ECourts

PHILADELPHIA, PA     NEWARK, NJ     NEW YORK, NY     JACKSONVILLE, FL     MOUNT LAUREL, NJ