**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908) 704-9291
Cell: (908) 432-4098
e-Mail: poreda@poredalaw.com
*Substituting Attorney for Plaintiff*

**UNTIED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EDWIN POLYNICE,<br><br>*Plaintiff,*<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, NORTHERN STATE PRISON, ADMINISTRATOR GEORGE ROBINSON, SERGEANT GIBSON, S.C.O. JOHN DOE, JOHN DOES 1-10 and ABC ENTITIES A-Z,<br><br>*Defendants.* | Docket No. 2:19-cv-16875-MCA-LDW<br><br>**Civil Action**<br><br>**SUBSTITION OF ATTORNEY** |

**EDWIN POLYNICE** now comes before the court to substitute Michael Poreda, Esq. to represent him in this action, and to replace his prior attorneys, Joseph D. Lento and Lisa J. Pietras, of the Optimum Law Group, P.C.

_____
EDWIN POLYNICE
*Plaintiff*

Date: 02-05-2020

_____
MICHAEL POREDA, ESQ.
*Substituting Attorney for Plaintiff*

Date: 3-5-20