

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

July 10, 2020

**VIA ECF**
The Honorable Madeleine Cox Arleo
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 09102

**Re: Edwin Polynice v. New Jersey Department of Corrections**
Docket No. 2:19-cv-16875-MCA-LDW

Dear Judge Arleo:

     Since filing my substitution of attorney in March, I have received no notifications about action on the docket. I found out that an opinion on the Defendants' motion to dismiss had been renedered serendipitously, when I saw it cited in another judge's opinion in another case I am working on.

     After contacting ECF's helpdesk for about a week, I got a written confirmation today that the issue had been resovled. My purpose in sending this letter to make sure that the notifications are actually working.

                                        Sincerely,

                                        Michael Poreda