**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908) 704-9291
e-Mail: poreda@poredalaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE, *individually and on behalf of a class of similarly situated individuals,*<br><br>*Plaintiff*,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>*Defendants*. | Docket No. 2:19-cv-16875-MCA-LDW<br><br>**Civil Action**<br><br>**NOTICE OF MOTION TO AMEND COMPLAINT** |

To:
Chanell Branch
Deputy Attorney General
New Jersey Office of the Attorney General – Division of Law
State Police, Employment, & Corrections Section
Richard J. Hughes Justice Complex

25 Market Street, PO Box 112
Trenton, NJ 08625
Tel: (609) 376-3376
Email: Chanell.Branch@law.njoag.gov

To:
Rutgers University – University Correctional Health Care
Office of the Secretary
7 College Avenue
New Brunswick, NJ 08901

**PLEASE TAKE NOTICE** that Plaintiff Edward Polynice, individually and on behalf of a putative class, will move before the United States District Court for the District of New Jersey on September 21, 2020 for an order granting Plaintiff leave to Amend the Complaint.

                                            Michael Poreda, Esq.
                                            *Attorney for Plaintiff*

Date: August 23, 2020