**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908) 704-9291
e-Mail: poreda@poredalaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE, *individually and on behalf of a class of similarly situated individuals,*<br><br>*Plaintiff*,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.<br><br>*Defendants*. | Docket No. 2:19-cv-16875-MCA-LDW<br><br>**Civil Action**<br><br>**CERTIFICATION OF SERVICE** |

I, Michael Poreda, of full age, do certify as follows:

1.) On August 23, 2020, I served the Motion to Amend the Complaint on Chanell Branch, Esq., Deputy Attorney General for the Department of Corrections and George Robinson via ECF filing.

2.) On August 23, 2020, I served the Motion to Amend the Complaint on University Correctional Health Care by mailing a copy to Rutgers University - University

      Correctional Health Care, Office of the Secretary, 7 College Avenue, New Brunswick, NJ 08901.

I swear that the foregoing statements by me are true.  I understand that if any of the foregoing statements are knowingly false, I am subject to punishment.

                                                                                  _____

                                                                                  Michael Poreda, Esq.
                                                                                *Attorney for Plaintiff*

Date: August 23, 2020