

# WLB
## WRONKO LOEWEN BENUCCI
*Attorneys at Law*

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

August 21, 2020

The Honorable Leda Wettre
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE :POLYNICE v. NEW JERSEY DEP'T OF CORRECTIONS**
Docket No. 2:19-CV-16875-MCA-LDW

Dear Judge Wettre:

    I represent Plaintiff Edwin Polynice. As we discussed at the recent case management conference on August 13, 2020, Mr. Polynice had disappeared into "Temporary Housing" for quite a bit of time, and I was not able to speak with him until August 14, 2020. When I spoke to him, I discovered that he had been hospitalized for quite a bit of time and suffered dire personal injury due (kidney failure) due to what appears to be the negligence and/or deliberate indifference of employees working for or with the Department of Corrections. As such, I have not been able to thoroughly finish amending the complaint by today, August 21, 2020, the day called for by the case management order.

    I reached out to Chanell Branch, the Deputy Attorney General representing the Defendants to request more time to file the Motion to Amend the Complaint but did not receive a response. I tried to rush completion of the motion, but I do not think the rushed job would serve anyone's best interest.

    I am therefore requesting an extension until Tuesday, August 25, 2020 to file the motion to amend the Complaint.

Respectfully Submitted,

*[signature]*

MICHAEL POREDA

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** ___8/24/2020___