MACNEILL, O'NEILL & RIVELES, LLC
Gary L. Riveles (029081994)
240 CEDAR KNOLLS ROAD, SUITE 104
CEDAR KNOLLS, NJ 07927
973-409-6600
ATTORNEYS FOR DEFENDANT, UNIVERSITY CORRECTIONAL HEALTH CARE
OUR FILE NO. 9028.05267

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE, individually and on behalf of a class of similarly situated individuals,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al. | DOCKET NO. 2:19-CV-16875-MCA-LDW<br><br>CIVIL ACTION<br><br>NOTICE OF APPEARANCE<br><br>Document File Electronically |

**PLEASE TAKE NOTICE** that Gary L. Riveles, Esq., of MacNeill, O'Neill & Riveles, LLC, hereby enters an appearance on behalf of University Correctional Health Care in the above-captioned matter and request that all notices, pleadings and other papers in this matter be served to him.

Thomas J. Pyle, Esq. (N.J. Attorney ID No. 018411995) of MacNeill, O'Neill & Riveles, LLC, will be additional counsel in this matter.

MACNEILL, O'NEILL & RIVELES, LLC
Attorneys for Defendant, University Correctional Health Care

Dated: September 14, 2020

By:/s/ *Thomas J. Pyle, Jr.*
Thomas J. Pyle, Jr.
240 Cedar Knolls Road, Suite 104,
Cedar Knolls, NJ  07927
Tel. 973-409-6600/Fax: 862-260-9313
tjp@morlawnj.com