**MACNEILL, O'NEILL & RIVELES, LLC**
THOMAS J. PYLE, JR. (018411995)
240 CEDAR KNOLLS ROAD, SUITE 104
CEDAR KNOLLS, NJ 07927
973-409-6600
ATTORNEYS FOR DEFENDANT, UNIVERSITY CORRECTIONAL HEALTH CARE
OUR FILE NO. 9028.05267

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,<br><br>Plaintiff,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.,<br><br>Defendants. | DOCKET NO.: 2:19-CV-16875-MCA-LDW<br><br>**ORDER**<br><br><u>Document Filed Electronically</u> |

THIS MATTER having been brought before this Court on application of Wronko Loewen and Benucci, attorneys for Plaintiff, Edwin Polynice, and on notice to Defendants and University Correctional Health Care, for entry of an Order permitting Plaintiff to file an Amended Complaint; and the matter having been considered on the papers submitted and good cause having been shown;

IT IS on this _____ day of _____, 2020;

ORDERED that Plaintiff's Motion to File an Amended Complaint as to University Correctional Health Care and any of its employees is hereby denied; and it is further

ORDERED that the Court's submission of a copy of this Order onto ECF will constitute service upon all counsel of record.

                                                                                     _____
Honorable Leda D. Wettre, U.S.M.J.

DATED:

_____ Opposed

_____ Unopposed