

**WLB**
**WRONKO LOEWEN BENUCCI**
———— *Attorneys at Law* ————

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

September 25, 2020

The Honorable Leda Wettre
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE :POLYNICE v. NEW JERSEY DEP'T OF CORRECTIONS**
Docket No. 2:19-CV-16875-MCA-LDW

Dear Judge Wettre:

     I represent Plaintiff in this matter. Pending before the court is Plaintiff's Motion to Amend the Complaint. The proposed amendments pertain both to the original Department of Corrections Defendants as well as to a new proposed Defendant, UCHC, the medical contractor of the New Jersey Department of Corrections.

     The Department of Corrections Defendants did not oppose the motion, however, UCHC did.

     As I sat down to compose the reply to UCHC's opposition this afternoon, I perceived an opportunity to potentially resolve the dispute with UCHC out of court. I sent UCHC's attorney, Mr. Pyle, a proposal but have not yet heard back yet. If he accepts, I would not withdraw the Motion, but I would submit a revised proposed Amended Complaint, one that only pertains to the undisputed portions relevant to the Department of Corrections Defendants.

     I am therefore requesting a one-cycle adjournment of the motion. Thank you for your consideration in this matter.

Respectfully Submitted,

MICHAEL POREDA