

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

September 28, 2020

The Honorable Leda Wettre
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE :POLYNICE v. NEW JERSEY DEP'T OF CORRECTIONS**
Docket No. 2:19-CV-16875-MCA-LDW

Dear Judge Wettre:

     I was able to speak with counsel for Rutgers – UCHC regarding Plaintiff's motion to amend the Complaint.  While Plaintiff will not be submitting a reply to Rutgers – UCHC's opposition, Plaintiff notes that the Department of Corrections did not submit any opposition, and the motion should proceed with regards to amendments particular to the Department of Corrections.

                                 Respectfully Submitted,

                                 MICHAEL POREDA