# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>            Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Civil Action No.<br><br>19-16875 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of an October 2, 2020 telephone conference before the undersigned; and with the consent of all parties; and for good cause shown;

**IT IS** on this day, October 2, 2020:

**ORDERED** that the Clerk of Court is directed to terminate plaintiff's Motion to Amend (ECF No. 22), without prejudice to refiling in accordance with the undersigned's Individual Judicial Preferences.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge
