# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　Defendants. | Civil Action No.<br><br>19-16875 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a January 20, 2021 telephone conference before the undersigned, and for good cause shown,

**IT IS, on this 21st day of January 2021, ORDERED** that the Pretrial Scheduling Order entered August 13, 2020 (ECF No. 20) is hereby amended as follows:

1. Fact discovery is extended through **June 15, 2021**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties shall appear for a telephonic status conference before the undersigned on **May 3, 2021 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than three business days in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

　　　　　　　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge