

| | | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor*<br><br>SHEILA Y. OLIVER<br>*Lt. Governor* | **State of New Jersey** OFFICE<br>OF THE ATTORNEY GENERAL DEPARTMENT<br>OF LAW AND PUBLIC SAFETY DIVISION OF<br>LAW<br>25 MARKET STREET<br>PO BOX 112<br>TRENTON, NJ 08625-0112 | GURBIR S. GREWAL<br>*Attorney General*<br><br>MICHELLE L. MILLER<br>*Acting Director* |

April 28, 2021

Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

       Re: Polynice v. New Jersey Department of Corrections, et. al
          Civ. Dkt. # 2:19-16875-MCA-LDW

Dear Judge Wettre,

    The undersigned counsel represents the Department of Corrections and Administrator George Robinson (hereinafter "Represented Defendants") in the above captioned matter.

    Plaintiff's counsel and I conferred and decided to submit a joint status update. Plaintiff served Represented Defendants with discovery requests on February 8, 2021. Represented Defendants served Plaintiff with discovery requests on March 28, 2021. Defendants sent responses to Plaintiff on April 28, 2021 and Plaintiff has an additional 30 days to respond to Defendant's discovery demands.

    Plaintiff, upon review of Represented Defendants discovery responses, may decide to amend the complaint. The current DED is June 15, 2021 and may require an extension for depositions.

                              Respectfully submitted,

                                GURBIR S. Grewal
                              ATTORNEY GENERAL OF NEW JERSEY

                   By:    s/ *Chanell Branch*
                          Chanell Branch, Deputy Attorney General



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-8687 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*