# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>        Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>19-16875 (MCA) (LDW)<br><br>**AMENDED SCHEDULING ORDER** |

    **THIS MATTER** having come before the Court by way of a May 3, 2021 telephone conference before the undersigned, and for good cause shown,

    **IT IS, on this 3rd day of May 2021, ORDERED** that the Pretrial Scheduling Order entered August 13, 2020 (ECF No. 20), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended **FOR A FINAL TIME** through **July 30, 2021**. No fact discovery shall be issued or engaged in beyond that date, subject to revision if leave to amend is granted and additional discovery becomes necessary.

2. Any request for leave to file a motion to add new parties or amend pleadings, whether by amended or third-party complaint, must be filed not later than **June 1, 2021**.

3. All affirmative expert reports shall be delivered by **September 3, 2021**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

4. All responding expert reports shall be delivered by **October 4, 2021**. Any such report shall comport with the form and content requirements referenced above.

5. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **November 3, 2021**.

6. The parties shall appear for a telephonic status conference before the undersigned on **July 8, 2021 at 2:00 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Plaintiff's counsel shall initiate the call to (973) 645-3574 once representatives for all parties are on the line.

7. The parties shall appear for a settlement conference before the undersigned on **September 8, 2021 at 9:30 a.m.** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse, if circumstances allow (otherwise by Zoom or telephone). Clients with full and immediate settlement authority must attend in person. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

        *s/ Leda Dunn Wettre*
        Hon. Leda Dunn Wettre
        United States Magistrate Judge