**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908) 704-9291
e-Mail: poreda@poredalaw.com
*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE, | Docket No. 2:19-cv-16875-MCA-LDW |
| *Plaintiff*, | <u>Civil Action</u> |
| vs. | **AMENDED COMPLAINT** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, ADMINISTRATOR GEORGE ROBINSON, SERGEANT CHRISTOPHER GIBBONS, OFFICER RYAN MOLLOY, OFFICER RAYMOND REYES, RUTGERS UNIVERSITY – UNIVERSRITY CORRECTIONAL HEALTH CARE ("UCHC"), LATIFA FEDAI, APN, UCHC JOHN DOES 1-20, DOC JOHN DOES 1-10, | |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that Plaintiff will move before this Honorable Court on June 21, 2021, or as soon as the court may hear the motion, for an order permitting Plaintiff leave to amend the Complaint.

_____
MICHAEL POREDA

Date: May 26, 2021