# MacNeill, O'Neill & Riveles, LLC
## COUNSELLORS AT LAW

JAY SCOTT MacNEILL †
LAUREN KOFFLER O'NEILL † •
GARY L. RIVELES †
THOMAS J. PYLE, JR. ∗
ROBERT E. SPITZER ∗
PATRICIA M. WASON ◊

ETHAN LILLIANTHAL ∗
ANELIA DIKOVYTSKA BROWN ∗
ANTHONY A. DOSS

240 CEDAR KNOLLS ROAD – SUITE 104
CEDAR KNOLLS, NEW JERSEY 07927

(973) 409-6600
FAX (862) 260-9313

www.morlawnj.com

† CERTIFIED CIVIL TRIAL ATTORNEY
∗ NJ AND NY BAR
◊ NJ, NY AND OH BAR
• NJ, NY AND MA BAR

June 7, 2021

**VIA E-Courts**

Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building and
  U.S. Courthouse
50 Walnut Street
Room 4015
Newark, NJ 07102

        RE:    **Polynice v. University Correctional Health Care**
                Docket No.:  2:19-cv-16875-MCA-LDW
                MOR File No.  9028.05267

Dear Judge Wettre:

        This firm represents Rutgers/University Correctional Health Care in connection with the above-referenced matter.  As Your Honor may recall, my clients have not been named defendants in this action.  However, Plaintiff has filed a Motion to Amend the Complaint to name Rutgers/University Correctional Health Care and Latifa Fedai as defendants in this matter.  Currently, this Motion is returnable June 21, 2021.  I write to respectfully request a one day extension to file an opposition to Plaintiff's Motion on behalf of my clients.  Currently, opposition is due June 7, 2021.  If the Court grants this request, opposition would be due on June 8, 2021.

        We greatly appreciate the Court's attention to this request.

        Respectfully submitted,

        MACNEILL, O'NEILL & RIVELES, LLC

        */s/Thomas J. Pyle, Jr.*
        Thomas J. Pyle, Jr.

TJP/beb
cc:    Michael Poreda, Esq.
        Chanell Marie Branch, Esq.