

**WRONKO LOEWEN BENUCCI**
*Attorneys at Law*

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908 393-6447

**Please reply to Somerville**

June 8, 2021

The Honorable Leda Wettre
United States District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

**RE :POLYNICE v. NEW JERSEY DEP'T OF CORRECTIONS**
Docket No. 2:19-CV-16875-MCA-LDW

Dear Judge Wettre:

    Before the Court is Plaintiff's Motion to Amend the Complaint. With consent of counsel for the Defendants, I ask for an additional week to submit a reply, or until June 21, 2021.

    Respectfully Submitted,

    MICHAEL POREDA

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** ___6/9/2021___