

| | | |
|---|---|---|
| JAMES R. WRONKO<br>JAMES V. LOEWEN<br>MARCO M. BENUCCI<br><br>KEVIN P. HEWITT, JR.•<br>MICHAEL POREDA ♦<br><br>• Member of MI Bar<br>♦ Member of NY Bar<br><br>OF COUNSEL<br>GILBERT G. MILLER | website: www.newjerseylawyer.org<br>main email: WLB@newjerseylawyer.org | 69 GROVE STREET<br>SOMERVILLE, NJ 08876<br>TEL: (908) 704-9200<br>FAX: (908) 704-9291<br><br>1130 U.S 202, SUITE A/7<br>RARITAN, NJ 08869<br>TEL: (908) 393-6445<br>FAX: (908 393-6447<br><br>**Please reply to Somerville** |

July 10, 2021

**VIA ECF**
The Honorable Leda D. Wettre
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07114

**Re: Edwin Polynice v. New Jersey Department of Corrections**
Docket No. 2:19-cv-16875-MCA-LDW

Dear Judge Wettre:

     Enclosed is a Local Rule 15.1 Redlined Complaint being filed in conjunction with the pending motion to amend the Complaint.

                       Sincerely,

                       Michael Poreda

Encl.