

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

*State of New Jersey* OFFICE
OF THE ATTORNEY GENERAL DEPARTMENT
OF LAW AND PUBLIC SAFETY DIVISION OF
LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

ANDREW J. BRUCK
*Acting Attorney General*

MICHELLE L. MILLER
*Acting Director*

September 3, 2021

Hon. Leda Dunn Wettre, U.S.M.J. Martin
Luther King Building
    & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

      Re: Polynice v. New Jersey Department of Corrections, et. al
        Civ. Dkt. # 2:19-16875-MCA-LDW

Dear Judge Wettre,

    The undersigned counsel represents the Department of Corrections and Administrator George Robinson (hereinafter "Represented Defendants") in the above captioned matter.

    This matter is scheduled for a settlement conference on September 10, 2021 with a settlement statement due on or around September 7, 2021. At this time, due to the information obtained during discovery, Represented Defendants are not interested in settling the matter. As such, I do not believe the settlement conference would be beneficial. Opposing counsel has also consented to canceling the settlement conference.

    Represented Defendants request the matter be converted to a case management conference. At the conference, the parties can discuss amending the scheduling order to provide dates for the completion of depositions, as Plaintiff's counsel has to ascertain Plaintiff's ability to appear virtually, and dispositive motions. The parties can also discuss the status of the pending motion to amend the complaint. Represented parties thanks the court for its courtesies in this matter.

    Respectfully submitted,

    ANDREW J. BRUCK
    ACTING ATTORNEY GENERAL OF NEW JERSEY

    By:    s/*Chanell Branch*
          Chanell Branch, Deputy Attorney General

