## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EDWIN POLYNICE,

        Plaintiff,

v.

NEW JERSEY DEPARTMENT OF
CORRECTIONS, *et al.*,

        Defendants.

Civil Action No.

19-16875 (MCA) (LDW)

**AMENDED SCHEDULING ORDER**

**THIS MATTER** having come before the Court by way of the parties' November 9, 2021 joint status letter (ECF No. 60), and for good cause shown,

**IT IS, on this 10th day of November 2021, ORDERED** that the Pretrial Scheduling Order entered August 13, 2020 (ECF No. 20), as subsequently amended, is hereby further amended as follows:

1. Fact discovery is extended through **December 10, 2021**.  No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

2. Defendant may file a motion for summary judgment on or before **January 25, 2022**.

3. Opposition to the motion for summary judgment shall be filed on or before **March 11, 2022**.

4. Defendant's reply in support of the motion for summary judgment shall be filed on or before **March 18, 2022**.

           *s/ Leda Dunn Wettre*
           Hon. Leda Dunn Wettre
           United States Magistrate Judge