ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendant George Robinson*

By:   Chanell Branch
      Deputy Attorney General
      (609) 376-3367
      Chanell.Branch@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| EDWIN POLYNICE, | Civil Dkt.#2:19-cv-16875-MCA-LDW |
| Plaintiff, | |
| v. | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

TO:   Clerk of the Court

      Michael Poreda, Esq.
      Wronko Loewen Benucci
      69 Grove Street
      Somerville, NJ 08876

PLEASE TAKE NOTICE that on April 4, 2022, or at another date designated by the Court, the undersigned Andrew J. Bruck, Acting Attorney General of New Jersey, by Chanell Branch, Deputy Attorney General, as attorney for Defendant George Robinson will move before

the Honorable Madeline C. Arleo, U.S.D.J., in the United States Court House in Newark, New Jersey, for an Order granting their summary judgment motion pursuant to Fed. R. Civ. P. 56(a).

The Defendants will rely on the brief attached hereto.

In accordance with Fed. R. Civ. P. 78(b) and L.Civ.R. 78.1(b), the Defendants respectfully request that the Court rule upon this motion on the papers.

ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY

By: s/Chanell Branch_____
    Chanell Branch
    Deputy Attorney General

Dated:  January 25, 2022