ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendant George Robinson*

By:   Chanell Branch
      Deputy Attorney General
      (609) 376-3367
      Chanell.Branch@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| EDWIN POLYNICE, : | Civil Dkt.#2:19-cv-16875-MCA-LDW |
| : | |
| Plaintiff, : | |
| v. | **CERTIFICATION OF SERVICE** |
| : | |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., : | |
| : | |
| Defendants. | |

I hereby certify that the notice of the Defendant's Notice of Motion, brief in support of the motion, statement of undisputed material facts, certification of counsel with exhibits, proposed order, and certification of service were electronically filed with the Clerk of the United States District Court and served and served upon plaintiff's counsel Michael Poreda, Esq. via ECF Electronic Filing.

                                        ANDREW J. BRUCK  
                                        ACTING ATTORNEY GENERAL OF NEW JERSEY

                                        By:/s/ Chanell Branch  
                                              Chanell Branch  
                                              Deputy Attorney General

DATED: January 25, 2022