ANDREW J. BRUCK
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
*Attorney for Defendant George Robinson*

By:   Chanell Branch
      Deputy Attorney General
      (609) 376-3367
      Chanell.Branch@law.njoag.gov

```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                    NEWARK VICINAGE
```

|  |  |
|---|---|
| EDWIN POLYNICE, | Civil Dkt.#2:19-cv-16875-MCA-LDW |
| Plaintiff, | |
| v. | **ORDER** |
| NEW JERSEY DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

TO:   Clerk of the Court

      Michael Poreda, Esq.
      Wronko Loewen Benucci
      69 Grove Street
      Somerville, NJ 08876

THIS MATTER having come before the Court on motion of Andrew J. Bruck, Acting Attorney General of New Jersey, by Chanell Branch, Deputy Attorney General, as attorney for Defendant George Robinson pursuant to Fed. R. Civ. P. 56 (a); and the Court having considered

the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown;

IT IS on this ____ day of _____, 2022;

ORDERED that the Defendant's Summary Judgment motion is hereby GRANTED.

                                                           _____
                                                           HONORABLE MADELINE C. ARLEO
                                                           UNITED STATES DISTRICT JUDGE