**WRONKO LOEWEN BENUCCI**
Michael Poreda, Esq. (025492010)
69 Grove Street
Somerville, NJ 08876
Telephone: (908) 704-9200
Fax: (908) 704-9291
e-Mail: poreda@poredalaw.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>*Plaintiff*,<br><br>vs.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>*Defendants*. | Docket No. 2:19-cv-16875-MCA-LDW<br><br>**Civil Action**<br><br>**CERTIFICATION OF MICHAEL POREDA** |

To:
Chanell Branch
Deputy Attorney General
New Jersey Office of the Attorney General – Division of Law
State Police, Employment, & Corrections Section
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625
Tel: (609) 376-3376
Email: Chanell.Branch@law.njoag.gov

Thomas J. Pyle, Jr.
McNeil, O'Neill & Riveles
240 Cedar Knolls Road
Suite 104
Cedar Knolls, NJ 07927

**PLEASE TAKE NOTICE** that Plaintiff will Cross-Move for an Order Pursuant to Federal Rule of Civil Procedure 60 for Relief from the Interlocutory Order of October 25, 2021, denying Plaintiff's motion to amend.

_____
MICHAEL POREDA

February 6, 2022