CERTIFICATE OF SERVICE

I, Michael Poreda, certify that on February 6, 2022, I served the enclosed motion papers on counsel below via ECF.

Chanell Branch
Deputy Attorney General
New Jersey Office of the Attorney General – Division of Law
State Police, Employment, & Corrections Section
Richard J. Hughes Justice Complex
25 Market Street, PO Box 112
Trenton, NJ 08625
Tel: (609) 376-3376
Email: Chanell.Branch@law.njoag.gov

Thomas J. Pyle, Jr.
McNeil, O'Neill & Riveles
240 Cedar Knolls Road
Suite 104
Cedar Knolls, NJ 07927

_____
MICHAEL POREDA

Dated: February 6, 2022