# MacNeill, O'Neill & Riveles, LLC

COUNSELLORS AT LAW

JAY SCOTT MacNEILL †
LAUREN KOFFLER O'NEILL † •
GARY L. RIVELES †
THOMAS J. PYLE, JR. *
ROBERT E. SPITZER *
PATRICIA M. WASON ◊
FREDERICK J. HUGHES +

ETHAN LILLIANTHAL *
ANELIA DIKOVYTSKA BROWN *
GARY MINASSIAN

240 CEDAR KNOLLS ROAD – SUITE 104
CEDAR KNOLLS, NEW JERSEY 07927

(973) 409-6600
FAX (862) 260-9313
www.morlawnj.com

† CERTIFIED CIVIL TRIAL ATTORNEY
* NJ AND NY BAR
+ NJ AND PA BAR
◊ NJ, NY AND OH BAR
• NJ, NY AND MA BAR

February 22, 2022

**VIA ECOURTS**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the
 District of New Jersey
50 Walnut Street
Newark, NJ 07102

   RE: Polynice v. University Correctional Health Care
     Docket No.: 2:19-cv-16875-MCA-LDW
     MOR File No. 9028.05267

Dear Judge Wettre:

  This firm represents University Correctional Health Care and Latifa Fedai, APN in connection with the above-referenced matter. As Your Honor may recall, plaintiff recently filed a Motion to Alter/Amend the court's Order of October 25, 2021 denying plaintiff's Motion to Amend the Complaint to include my clients as defendants in this matter. The motion is currently returnable March 7, 2022. I write to request that this motion be carried one motion cycle to permit me time to file opposition to plaintiff's motion.

  The court's courtesy and cooperation in this regard is greatly appreciated.

     Respectfully submitted,

     MACNEILL, O'NEILL & RIVELES, LLC


     */s/Thomas J. Pyle, Jr.*
     Thomas J. Pyle, Jr.

TJP/beb

cc Michael Poreda, Esq.
  Chanell Marie Branch, Esq.