

JAMES R. WRONKO
JAMES V. LOEWEN
MARCO M. BENUCCI

KEVIN P. HEWITT, JR.•
MICHAEL POREDA ♦

• Member of MI Bar
♦ Member of NY Bar

OF COUNSEL
GILBERT G. MILLER

website: www.newjerseylawyer.org
main email: WLB@newjerseylawyer.org

69 GROVE STREET
SOMERVILLE, NJ 08876
TEL: (908) 704-9200
FAX: (908) 704-9291

1130 U.S 202, SUITE A/7
RARITAN, NJ 08869
TEL: (908) 393-6445
FAX: (908) 393-6447

**Please reply to Somerville**

February 23, 2022

**VIA ECF**
Clerk of Court
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07114

**Re: Edwin Polynice v. New Jersey Department of Corrections**
Docket No. 2:19-cv-16875-MCA-LDW

Dear Clerk:

      This letter is in response to the Clerk's quality control message dated February 8, 2022. It was stated that a proper Notice of Motion had not been submitted. Subsequently, the court altered the nature of the proposed motion on February 20, 2022. I am therefore submitting a corrected Notice of Motion under cover of this letter.

      Sincerely,

      Michael Poreda

Encl.