

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

*State of New Jersey* Office
OF THE ATTORNEY GENERAL DEPARTMENT
OF LAW AND PUBLIC SAFETY DIVISION OF
LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

Matthew J. Platkin
*Acting Attorney
General*

MICHELLE L. MILLER
*Acting Director*

February 22, 2022

Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
 & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07102

       Re: Polynice v. New Jersey Department of Corrections, et. al
       <u>Civ. Dkt. # 2:19-16875-MCA-LDW</u>

Dear Judge Wettre,

    The undersigned counsel represents Administrator George
Robinson (hereinafter "Represented Defendant") in the above
captioned matter.

    Plaintiff filed a Motion to Alter/Amend the court's
October 25, 2021 Order. The court noted a March 7, 2022 return
date for the motion. (ECF No. 65). Represented Defendant
requests the motion be carried one motion cycle to allow time
to file an opposition to plaintiff's motion.

             Respectfully submitted,

             Matthew J. Platkin
             ACTING ATTORNEY GENERAL OF NEW JERSEY

     By:    s/*Chanell Branch*
             Chanell Branch
             Deputy Attorney General

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:**   2/23/2022



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 633-8687 • FAX: (609) 777-3607
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*