# EXHIBIT B

## INTITIAL NOTICE OF CLAIM FOR DAMAGES AGAINST THE STATE OF NEW JERSEY

**FORWARD TO:**   TORT AND CONTRACT UNIT, CLAIMS SEVICE SECTION
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGT.
CN 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

\* **FORM MUST BE FILED WITHIN 90 DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT**

1.   Edwin Polynice
     NAME OF CLAIMANT

     168 Frontage Road – P.O. Box 2300
     STREET ADDRESS

     November 15, 1978
     DATE OF BIRTH

     Newark        N.J.       07114
     CITY          STATE      ZIP CODE

     N/A
     DAYTIME PHONE#/CONTANCT

     ████████████████
     SOCIAL SECURITY NUMBER

2.   **IF IT IS REQUESTED THAT NOTICES BE SENT TO A PERSON OTHER THAN THE CLAIMANT, SUCH AS YOUR ATTORNEY, PLEASE SEND NOTICE TO:**

     Jean Ross, Esq.
     NAME OF PERSON

     32 Markham Road
     ST. EET ADDRESS

     (609) 9246508
     TELEPHONE NUMBER

     Princeton,     N.J.       08540
     CITY           STATE      ZIP CODE

     **RELATIONSHIP TO CLAIMANT:** ☐ ATTORNEY   ☑ OTHER   Consultant

3.   **CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT:**

     October 1, 2017  Approx 12:35am
     DATE AND TIME

     Unit D1E/112   Northern State Prison
     LOCATION

     Newark,   New Jersey
     CITY                    STATE

4.   **DESCRIBE THE ACCIDENT OR OCCURRENCE:**

     On September 31, 2017, I/m Polynice, 864138C was assigned to the detention unit of Northern State Prison (D1E) when he was instructed by the unit officer, S.C.O. John Doe, (name to be provided upon discovery) to move into cell 104, Top bunk. Polynice explained that due to medical issues he could not be assigned to a top bunk. He explained that he had a restriction mandating bottom bunk

**ACCIDENT OR OCCURENCE CONTINUED:**

Only (see attached). Following this explanation, Polynice was informed that the directive was given by Sgt. Gibson. And he was thereafter given an order to move. Polynice complied.

On October 1, 2017, at approximately 12:35 pm, Polynice was called to take his daily shower. While stepping down on the stool, Polynice became light-headed, fell, striking his leg against the stool and his head on the toilet. As a result, he suffered a deep laceration to his forehead requiring 13 stiches and 5 staples. He also suffered a dislocated right shoulder. Polynice remained in the prison's infirmary for 10 days where he experienced pain throughout his head and facial area, bruised his leg, head-ache and dizziness.

It is noted that Polynice was given a bottom bunk only restriction for surgery he had to his leg as a result or complication of diabetes.

5. STATE THE NAME AND ADDRESS OF ALL WITNESSES TO ABOVE OCCURRENCE:

Polynice will rely on medical records to support his assertions. He however reserves the right to present witnesses upon discovery of the identities of inmates assigned

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.

N.J. Department of Corrections, P.O. Box 863 Trenton, N.J. 08625
S.C.O. John Doe (name to be provided)(regular unit officer)(address noted above)
Sgt. Gibson (Supervisor in charge on day in question)(address noted above)

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES, OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

N/A (All parties named above.

8. BRIEFLY DESCRIBE THE INJURY, DAMAGES AND LOSSES INCURRED BY YOU.

Severe laceration to the forehead/facial area requiring 13 stiches and 5 staples; dislocated right shoulder; bruises + abrasions and headaches as a result of head trauma.

9. GIVE THE AMOUNT THAT YOU CLAIM IN DAMAGES: $ 100,000.00

GIVE THE BASIS FOR CALCULATION OF THE ABOVE DAMAGES:

Aside from the injuries sustained and the act of negligence others To be provided by counsel in future submissions.

I certify that the foregoing statements made by me are true. I am aware that if any statement made herein is willfully false or fraudulent, i am subject to punishment as provided by law.

Date: 12/19/2017          Edwin Polynice
                          CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT