**MACNEILL, O'NEILL & RIVELES, LLC**
THOMAS J. PYLE, JR. (018411995)
240 CEDAR KNOLLS ROAD, SUITE 104
CEDAR KNOLLS, NJ 07927
973-409-6600
ATTORNEYS FOR DEFENDANTS RUTGERS UNIVERSITY-UNIVERSITY CORRECTIONAL HEALTH CARE AND LATIFA FEDAI, APN
OUR FILE NO. 9028.05267

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **EDWIN POLYNICE, INDIVIDUALLY AND ON BEHALF OF A CLASS OF SIMILARLY SITUATED INDIVIDUALS,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL.,**<br><br>**Defendants.** | **DOCKET NO. 2:19-CV-16875-MCA-LDW**<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF SERVICE**<br><br><u>**Document Electronically Filed**</u> |

I hereby certify that Defendant's Brief in Opposition to Plaintiff's Motion for Relief from the October 25, 2021 Order Denying Plaintiff's Motion to file an Amended Complaint and Certification of counsel with exhibits and Certification of Service were electronically filed with the Clerk of the United States District Court and served upon plaintiff's counsel, Michael Poreda, Esq., and Chanell Branch, DAG, counsel for Defendants New Jersey Department of Corrections, Northern State Prison, and George O. Robinson, via ECF Electronic Filing.

                                    MACNEILL, O'NEILL & RIVELES, LLC
                                    Attorneys for Defendants, RUTGERS UNIVERSITY-UNIVERSITY CORRECTIONAL HEALTH CARE AND LATIFA FEDAI, APN

Dated: March 7, 2022                   By:      */s/Thomas J. Pyle, Jr.*_____
                                                             Thomas J. Pyle, Jr.