UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>    Plaintiff,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Civil Action No. 19-16875 (MCA)<br><br>ORDER |

This matter having opened to the Court on motion for summary judgment pursuant to Fed. R. Civ. P. 56 brought by Administrator George Robinson, which seeks dismissal of Plaintiff's supervisory liability claim brought pursuant to 42 U.S.C. § 1983; and Plaintiff having filed no opposition; and the Court having independently considered whether summary judgment is warranted; and for the reasons explained in the Opinion accompanying this Order;

**IT IS, THEREFORE**, on this 31st day of August 2022,

**ORDERED** that the motion for summary judgment (ECF No. 62) is GRANTED on the remaining § 1983 supervisory liability claim as to Defendant Robinson; and it is further

**ORDERED** that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this action pending the Court's resolution of Plaintiff's separate motion to alter judgment.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
UNITED STATES DISTRICT JUDGE