UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN POLYNICE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NEW JERSEY DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | Civil Action No. 19-16875 (MCA)<br><br>ORDER |

This matter having opened to the Court on Plaintiff's motion pursuant to Fed. R. Civ. P. 60(b), seeking relief from the Magistrate Judge's October 25, 2021 Order denying his Second Motion to Amend; and the Court having considered the parties arguments; and for the reasons explained in the Memorandum Opinion accompanying this Order;

**IT IS, THEREFORE**, on this __30__ day of September 2022,

**ORDERED** Plaintiff's motion to alter judgment is DENIED (ECF No. 63); and it is further

**ORDERED** that judgment is entered in favor of Defendant Robinson; and it is further

**ORDERED** that this matter shall be CLOSED.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**Hon. Madeline Cox Arleo**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE